


**Browse**  **Search**  **Sell**  **My Account**  **Pricing**  **Contact Us**  **FREE Registration**  Thursday, De

•: Login  •: How it Works  •: Seller Features  •: Buyer Features  •: FREE Banner Exchange

•: Site Search                                                                                             •: Brow

Enter Keyword(s):  [          ]   [All Categories ▼]   [All Fields ▼]   [ Search ]      24 hou

### Categories

Coins: US (24)(1395) **NEW!**
Coins Wanted Classifieds (6)(0)
Comic Books(2)(117) **NEW!**
Medals & Tokens(0)(16)
Modern Gold & Silver Eagles (0)(53) **NEW!**
Presidential Dollars(0)(18) **NEW!**
Sports Cards(0)(61) **NEW!**
Coins: Ancient (0)(1)
Coins: World (1)(1809) **NEW!**
Bi-Metallic (0)(2)
Bullion (5)(181) **NEW!**
Casino Silver Strike Coinage (0)(0)
Exonumia (0)(17) **NEW!**
Paper Money: US (1)(30) **NEW!**
Paper Money: World (1)(15) **NEW!**
Publications & Supplies (2)(117) **NEW!**
Scripophily (0)(2)
Stamps (2)(7) **NEW!**
Stamps Wanted Classifieds (1)(0)

**LIVE COIN CHAT**

### Featured Listings  [more info]

          

$ 10 USD (Auction)   $ 6 USD (Auction)   $ 225 USD (Auction)   $ 195 USD (Auction)   $ 160 USD (Auction)

      

$ 2.75 USD (Auction)   $ 42 USD (Auction)   $ 825 USD (Auction)   $ 650 USD (Auction)   $ 380 USD (Auction)

### Recently Listed

- **A** 2002 OHIO FIRST DAY COVER - MINT *No Reserve*
- **A** 2 INDIANHEAD CENTS 1906 & 1908 Fine *No Reserve*
- **A** LAST ONE !! -- 1992 SILVER EAGLE ICG MS-69 *No Reserve*
- **A** 2003-S SACAGAWEA DOLLAR PCGS PR69DCAM *No Reserve*
- **A** 2000-S SACAGAWEA DOLLARS PCGS PR68DCAM *No Reserve*
- **A** *SALE* 5 GOLD NUGGETS -15.61 Grains- $.01 SHIPPING *No Reserve*
- **A** SPECIAL DISCOUNT -- 1993 SILVER EAGLE ICG MS-69 *No Reserve*
- **A** *BLOW OUT * 1993 Silver Eagle NGC MS-69 *No Reserve*
- **A** 1988 EXCALIBUR Vol. 1 No. 3 MINT *No Reserve*
- **A** 1988 EXCALIBUR Vol. 1 No. 2 MINT *No Reserve*
- 1989 EXCALIBUR Vol. 1 No. 10

### Hottest Listings

- **C** sqdeb and debsq Has Come To CoinBay.biz as debsq1
- **C** Canadian Coins and Paper Currency wanted
- **C** wheat penny bags
- **A** Beautiful 1994-W Gold $5 1/10 oz Proof Eagle *BuyNow* *No Reserve*
- **C** BUYING FOREIGN BANK NOTES Quantities Wanted.
- **A** Buying Foreign Banknotes, Collections and Lots *No Reserve*
- **C** BUYING PRE 33 GOLD COINS AND ALL KEY DATES
- **C** 2000 S SACAGAWEA DOLLAR NGC PR69 UC 1st YEAR ISSUE
- **C** 1976-S Silver Business Strike Washington PCGS MS67
- **C** Disney SNOW WHITE .999 Silv Coin
- **A** 1954 Franklin silver Half Dollar AU *No Reserve*

## US Spot Prices

Sep 20,2007
14:14 NY Time

GOLD
733.20 +1.50

SILVER
13.35 +0.04

PLATINUM
1323.00 +16.00

BROUGHT TO YOU BY
www.kitco.com

- A MINT No Reserve
- A 1989 EXCALIBUR Vol. 1 No. 11 MINT No Reserve
- A 1988 EXCALIBUR Vol. 1 No. 1 MINT No Reserve
- A 1993 SHADOWMAN Vol. 1 No. 21 MINT No Reserve
- A 1989 EXCALIBUR Vol. 1 No. 15 MINT No Reserve
- A *SALE* GOLD NUGGET 36.68 Grains $.01 SHIPPING !! No Reserve
- A 6 Different LINCOLN CENTS ALL " MS-60 " No Reserve
- A 2000 S thru 2003 S SACAGAWEA DOLLARS ICG PR69DCAM No Reserve
- A 2 INDIANHEAD CENTS 1900 & 1907 Very Fine 20 No Reserve
- A 2000 P & D SACAGAWEA "GOLDEN" DOLLAR No Reserve
- A *LQQK* 1948-S JEFFERSON NICKEL - NGC - MS-66 No Reserve
- A SPECIAL DISCOUNT -- 1989 SILVER EAGLE ICG MS-69 No Reserve
- A 1962 Proof LINCOLN CENT PCI PR67DCAM No Reserve
- A 1978-S WASHINGTON QTR ICG -- PR70DCAM No Reserve
- A 2002-S Silver LOUISIANA State Qtr. PCGS PR69DCAM No Reserve
- A SPECIAL DISCOUNT -- 1998 SILVER EAGLE ICG MS-69 No Reserve
- A INDIANHEAD CENTS 1900 -1907 GOOD No Reserve
- A 1996 EXCALIBUR Vol. 1 No. 102 MINT No Reserve
- A 1987-P Lincoln Cent NGS MS-65 RED No Reserve
- A 2000S Silver MASSACHUSETTS St. Qtr. PCGS PR69DCAM! No Reserve

- A 1998 500 LIRE FAO 20 YEARS UNC KM#193 BuyNow No Reserve
- A 1994 UN PESO AU KM#112.1 BuyNow No Reserve
- C 1925-D Buffalo Nickel
- A 2007 SILVER EAGLES (MINT TUBE OF 20) REDUCED BuyNow No Reserve
- C 1938-S MERCURY DIME ~ VER NICE
- A the best deal ever got to see THIS! No Reserve
- A 1972 Canada Russia Summit Series Hockey Token No Reserv
- A 1928 ONE CENT XF/AU KM#28 No Reserve
- C MISC MERCURY DIMES ~ 90% JUNK
- A 1928 Standing Liberty silver 25 ~ Very Good $3.00 No Reserve
- A Dansco Lincoln Cent Album HasProof BuyNow
- A AUSTRALIA 1955 One Shilling Queen Elizabeth II Sil No Reserve
- A 'LOOK THE BEST DEAL ONLINE BuyNow
- A 1863-1963 Carlisle Civil War Centennial No Reserve
- C 4 x Indian Buffalo 1 oz 999 Silv
- A 1924 PEACE DOLLAR IN UNC. $15.00 BuyNow No Reserve
- C Disney DOC .999 Silver Coin
- A ((2)) SEMI KEY 1894o MORGAN $$ BELOW BID!!! BuyNow
- A EGYPT 1917 ( Arab Republic of Egypt ) 5 Milliemes BuyNow No Reserve







Home | FREE Registration NO Fees | About us | Terms & Conditions | Help

**Sign up for our CoinBay Newsletter**









Copyright 2006 www.Coinbay.biz All Rights Reserved.   (954) 603-7833

