**Sponsored Links**

| **Stamps & Coins** | **NGC US coin collecting** | **We Make Custom Coins Fast** | **The Morgan** |
|---|---|---|---|
| Find user-reviewed Stamps & Coins Stores in your city or zip code! | Silver Eagles Statehood Quarters NGC high grade Modern Coins Center | Free Dies, Free options & Free Art We have the fastest turn around! | Rare Coins, Stam Order Now & Ge |
| Miami.Citysearch.com | www.cameocc.com | www.CoinsForAnything.com | www.Morga |



Home | Browse | Search | Invite | Film | Mail | Blog | Favorites | Forum | Groups | Events | Videos | Music | Con

## Robert

"www.coinbay.biz - Buy & Sell Your Coins!"



Male
49 years old
Sunrise, FLORIDA
United States

Last Login:
9/20/2007

View My: **Pics** | **Videos**



**MySpace URL:**
http://www.myspace.com/coinbay

Song has been by deleted by the artist

| **Robert's Interests** | |
|---|---|
| **General** | Coins &; Stamp Collecting |
| **Music** | All Kinds! |

| **Robert's Details** | |
|---|---|
| **Status:** | Divorced |
| **Here for:** | Networking, Dating, Serious Relationships, Friends |
| **Orientation:** | Straight |
| **Hometown:** | Sunrise, Florida |
| **Body type:** | 5' 8" / Average |
| **Ethnicity:** | White / Caucasian |

### Robert is in your extended net

**Robert's Latest Blog Entry** [**Subscribe to this Blog**]

Buy Or Sell Your Coins On www.CoinBay.biz. FREE REGISTRA
more)

[**View All Blog Entries**]

**Robert's Blurbs**

**About me:**



Hi there:

My name is Bob Martino and I created a site called
**http://www.msplinks.com/MDFodHRwOi8vd3d3LmNv
w==**. You can register to be a CoinBay Member for FREE! NO CRE
REQUIRED!

| | |
|---|---|
| **Zodiac Sign:** | **Gemini** |
| **Occupation:** | President |

### Robert's Schools

**Ichabod Crane Shs**  1963 to
Valatie, NY  1975
Graduated: **N/A**
Student status: Alumni
Degree: High School Diploma
Major: Business
Minor: Business

### Robert's Companies

www.CoinBay.biz
Sunrise, Florida US
President

www.CoinBay.biz
Sunrise, FL US
President

Better yet... you can even list your coins & stamps for FREE! Check o
& Classifieds section for Coins & Stamps!

Sign up for your FREE registration today!

We are not affiliated with eBay in any way shape or form! We are FRE

Happy Coin & Stamp Hunting!

Bob Martino

VISIT **www.coinbay.biz and register for FREE Now!**

### Who I'd like to meet:
Coin & Stamp Collectors and Dealers From All Over The Worl
**www.coinbay.biz**

### Robert's Friend Space

**Robert has 570 friends.**

**Tom**  **Terri**  **Bruce Corbitt**

  

**Rick**  **T.H.E.M.**  **stacie**

  

**View All of**

### Robert's Friends Comments

**Displaying 47 of 87 comments ( View All | Add Comm**

| YOUNG M.J.,A.I.,KING JAMES | Sep 17 2007 4:42A |
|---|---|
|  | |