


Hello, ckatfly (0) | My Account | History | Help | Log Out | Site:

Videos | Categories | Channels | Community | Upload

Search

# www.coinbay.biz - FREE On Line Coin & Stamp Auction

From: CoinBay
Joined: 3 months ago
Videos: 1
Subscribe

**About This Video** less info

Visit www.coinbay.biz today to buy and sell coins and stamps. No Fees! Totally FREE!

**Added:** 3 months ago

**Category:** People & Blogs

**Tags:** coin auction stamps gold silver dollar dime nickle quarter us mint

**URL** http://youtube.com/watch?v=_of67MF0-uo

**Embed** <object width="425" height="355"><param name="movie

**More From: CoinBay**

**Related Videos**

Display:

   

Share Favorite Add to Playlists Flag

Rate: ☆☆☆☆☆ Views: **81**

Comments: 0 Favorited: 0 times Honors: 0 Links: 2

Embed
<object width="425" height="355"><param name="movie
customize embed
Comment on this video
Post a video response
Post Comment

Coin Auction News
00:32 From: WheatCent
Views: 132
Pennybids WORKS!
04:32 From: pennybids
Views: 51
Gold Fever - Coins
00:58 From: jewelrytelevision
Views: 84
Jan Dekker Selection Scandinavia Stamps and Postal History
10:00 From: filatelist
Views: 552
"Jan Dekker Selection" part 2
00:50 From: filatelist
Views: 943

## Promoted Videos

Rihanna - Don't S...
04:00
universalmu...

Meaning of Life
02:43
LordSardonic

Who Killed Courtn.. .
07:14
remibroadway

Madden Nation Gam...
00:47
EA

Search
Face The Candidates
Your Account
Videos Playlists Subscriptions
Favorites Inbox more...
Help & Info
Help Center Developer APIs Copyright Notices
Video Toolbox Safety Tips Code of Conduct
YouTube
Company Info Terms of Use Press Blog
TestTube Privacy Policy Contact Jobs

© 2007 YouTube, LLC - Give Feedback