

**Browse**    **Search**    **Sell**    **My Account**    **Pricing**    **Contact Us**    **FREE Registration**    **Thursday, De**

•: Login    •: How it Works    •: Seller Features    •: Buyer Features    •: FREE Banner Exchange

**Quick Search**

 Go

Advanced Search

**Categories**

Coins: US (24)(1395) NEW!
Coins Wanted Classifieds (6)(0)
Comic Books(2)(117) NEW!
Medals & Tokens(0)(16)
Modern Gold & Silver Eagles (0)(53) NEW!
Presidential Dollars(0)(18) NEW!
Sports Cards(0)(61) NEW!
Coins: Ancient (0)(1)
Coins: World (1)(1809) NEW!
Bi-Metallic (0)(2)
Bullion (5)(181) NEW!
Casino Silver Strike Coinage (0)(0)
Exonumia (0)(17) NEW!
Paper Money: US (1)(30) NEW!
Paper Money: World (1)(15) NEW!
Publications & Supplies (2)(117) NEW!
Scripophily (0)(2)
Stamps (2)(7) NEW!
Stamps Wanted Classifieds (1)(0)

**JOIN LIVE COIN CHAT**

### How it Works...

If you have used *eBay before, you find CoinBay.biz much easier to us



### 1. Discover CoinBay.biz

**Each collectible has its own home page where you c**

- View and search daily / weekly auction catalogs
- View digital images of every lot (With Uploaded Pi
- View an auction that is in progress
- Obtain Past Auction Prices Realized
- Learn more about CoinBay.biz and Upcoming New
- Register now to participate

### 2. Register

Register for your **FREE** confidential ID code. Registratio

**US Spot Prices**



holds no obligation. You may register by clicking on one
above or from the "register" button available at the Coi
pages. Once you have registered you will be able to:

- Create your own personal bidding/tracking list
- Interactively bid in an auction in progress
- Place maximum bids for upcoming auctions or an
  progress
- Obtain Personal Account Information and Auction
- Sell lots in a CoinBay.biz auction
- Post **FREE** Coin Wanted Ads in our Classifieds Sec

### 3. Buy or Sell

**A Brief Overview on How to Bid**

- Browse or search upcoming auction catalogs for lo
  interested in.
- Once you have selected your lots you will be able
  bid or maximum bid on selected lots.
- During auction hours, you may also access curren
  become a bidder yourself.
- Results are available right after the auction closes
  notified by email once you have won a bid!

**A Brief Overview on How to Sell**

- Log in to your Coinbay.biz account, click on **NEW**
  follow easy instructions!

* CoinBay is not affiliated with eBay. - eBay, is the registered trade

**Your Banner Ad Could Be *HERE* Just $2.95 A**
**mailto:info@coinbay.biz?subject=I Am Intereste**
**Special! Banner Appears On The How It Wo**



Home | FREE Registration NO Fees | About us | Terms & Conditions | Help

**Sign up for
our CoinBay
Newsletter**

[        ] GO

Privacy by SafeSubscribe℠







Copyright 2006 www.Coinbay.biz All Rights Reserved. (954) 603-7833

