**Sponsored Links**

| **South Park Mexican Tones** | **South Park Mexican Tones** | **Collectable Coins** | **South Park Ringtone ®** |
|---|---|---|---|
| Get 10 Bonus South Park Mexican Ringtones Instantly. No CC needed! | Download South Park Mexican Tones Directly to Your Cell Instantly! | Custom Mint Your Own Design or Choose from Over 1,000+ Designs! | Get South Park Theme Song Tone Download Now - (Only 30 Second |
| www.addictingringtones.com | www.bestringtonesever.com | nwtMint.com | RingtonesCenter.com |



Home | Browse | Search | Invite | Film | Mail | Blog | Favorites | Forum | Groups | Events | Videos | Music | Comedy | Classif

# Robert



"www.coinbay.biz - Buy & Sell Your Coins!"

Male
48 years old
Sunrise, FLORIDA
United States

Last Login:
5/16/2007

View My: **Pics** | **Videos**



**MySpace URL:**
http://www.myspace.com/coinbay



| **Robert's Interests** | |
|---|---|
| General | Coins &; Stamp Collecting |
| Music | All Kinds! |

| **Robert's Details** | |
|---|---|
| Status: | Divorced |
| Here for: | Networking, Dating, Serious Relationships, Friends |
| Orientation: | Straight |
| Hometown: | Sunrise, Florida |
| Body type: | 5' 8" / Average |
| Ethnicity: | White / Caucasian |
| Zodiac Sign: | **Gemini** |

**Robert is in your extended network**

**Robert's Latest Blog Entry** [**Subscribe to this Blog**]

Buy Or Sell Your Coins On www.CoinBay.biz. FREE REGISTRATION!  (**view more**)

[**View All Blog Entries**]

### Robert's Blurbs

**About me:**



Hi there:

My name is Bob Martino and I created a site called **www.coinbay.biz**. It is just lik eBay but much easier to use! Plus, you can register to be a CoinBay Member for FRE NO CREDIT CARD REQUIRED!

Better yet... you can even list your coins & stamps for FREE! Check out our FREE A & Classifieds section for Coins & Stamps!

| Occupation: | President |
|---|---|

### Robert's Schools

| **Ichabod Crane Shs**<br>Valatie, NY<br>Graduated: **N/A**<br>Student status: Alumni<br>Degree: High School Diploma<br>Major: Business<br>Minor: Business | 1963 to 1975 |
|---|---|

### Robert's Companies

www.CoinBay.biz
Sunrise, Florida US
President

www.CoinBay.biz
Sunrise, FL US
President

Sign up for your FREE registration today!

Happy Coin & Stamp Hunting!

Bob Martino

VISIT **www.coinbay.biz and register for FREE Now!**

**Who I'd like to meet:**
Coin & Stamp Collectors and Dealers From All Over The World!
**www.coinbay.biz**

### Robert's Friend Space

**Robert has 719 friends.**

**Tom**   **Terri**   **Bruce Corbitt**   **artistpaint**

**Rick**   **T.H.E.M.**   **stacie** 

**View All of Robert 's Fr**

### Robert's Friends Comments

**Displaying 48 of 76 comments    ( View All | Add Comment )**

**warren**   May 25 2007 9:44A