MySpace.com | rss | sign in | sign out

**Robert**



**Last Updated:**
Jul 1, 2006

Send Message
Instant Message
Email to a Friend
Subscribe

**Gender**: Male
**Status**: Divorced
**Age**: 49
**Sign**: Gemini

**City**: Sunrise
**State**: FLORIDA
**Country**: US

**Signup Date**: 06/23/06

**Blog Archive**
[ Older    Newer ]
5  25  2007  Go

**Friday, June 23, 2006**

Buy Or Sell Your Coins On www.CoinBay.biz. FREE REGISTRATION!
Current mood: 🙂 happy
Category: **Blogging**



**Hi there:**

**My name is Bob Martino and I would like to thank you for your time. I must say that I have never been on myspace.com before today. I thought I would check it out and put something together.**

**Anyway, I thought that by adding www.CoinBay.biz to myspace.com, that it would help get the word out quicker! Please tell your friends about our new coin auction!**

**About www.CoinBay.biz. I have always been a coin collector and thought that eBay needed some competition. Their rates are astonishing to say the least. They charge you for the listing, a commission on each item when sold and then get you one more time with the percentage they get from each Papal transaction. By the way. eBay owns Paypal!**

**There was no other coin site on the**

planet that lets people buy and sell like eBy does. Now we have www.coinbay.biz!

I designed www.CoinBay.biz to do everything that eBay does without the big expense. www.CoinBay.biz offers **FREE** registration (**NO Credit Card Required**), Free Coin Listings! **NO Commissions** on any coins you sell for **6 MONTHS!**

Show me another site that offers this much and will give you a **FREE** www.CoinBay.biz Membership For Life!!! Plus No Commissions On Coins you sell for life for life!

Please sign up for your **FREE** membership now!

I look forward to speaking with you all!

Thanks,

Bob Martino
www.coinbay.biz

2:46 PM - 0 Comments - 0 Kudos - Add Comment

About | FAQ | Terms | Privacy | Safety Tips | Contact MySpace | Promote! | Advertise | MySpace Shop

© ©2003-2007 MySpace.com. All Rights Reserved.