

| Browse | Search | Sell | My Account | Pricing | Contact Us | FREE Registration | Sunday, July 15, 2007 | Sign In |

•: Login  •: How it Works  •: Seller Features  •: Buyer Features  •: FREE Banner Exchange          Welcome: **Guest**

**Quick Search**

[      ] Go

[Advanced Search](#)

**Categories**

Coins: US (64)(1741) **NEW!**
Coins Wanted Classifieds (9)(0)
Comic Books(2)(69) **NEW!**
Medals & Tokens(0)(44)
Modern Gold & Silver Eagles (2)(60)
Presidential Dollars(2)(13) **NEW!**
Sports Cards(0)(38) **NEW!**
Coins: Ancient (0)(2)
Coins: World (8)(1235) **NEW!**
Bi-Metallic (0)(2)
Bullion (17)(151) **NEW!**
Casino Silver Strike Coinage (0)(1)
Exonumia (0)(26) **NEW!**
Paper Money: US (9)(56) **NEW!**
Paper Money: World (1)(8) **NEW!**
Publications & Supplies (0)(122) **NEW!**

## About Us...

 Hello and welcome to CoinBay.biz. My name is Bob Martino and I have always been an avid coin collector. While doing a search one day for coin auctions, I found just a few true coin auction sites.

What I was really looking for was a coin auction site that offered more then what eBay or the others offered. I wanted to find a coin auction site that was first and foremost dedicated to coins and not everything from A-Z. I also wanted to find a coin auction that offered **FREE** listings where I did not get abused by outrageous fees. If you look at eBay, you will find that they get you coming and going with fees. From what I hear, it's about 12% of each sale. You have the listing fee, then the final sale fee and let's not forget the PayPal fee. Maybe that is why I am hearing people call eBay... FEEBAY!

I was also looking for a coin site that would allow coin collectors and coin dealers the ability to communicate with each other by using a community forum where everyone can post messages and to be able to communicate by asking the seller a question without having to bid on the coin in question. I wanted to create a site where coin enthusiasts could advertise their web site address in their listings along with their email address and phone number if they choose.

Well the fact of the matter is that there was no such animal out there. So I decided to create CoinBay.biz. CoinBay.biz has the potential to be huge in the world of coins and I look forward to growing with each and every one of you that becomes a part of the new concept in the buying and selling of coins worldwide!

Thank you for visiting CoinBay.biz and have a Fantastic Day! Registration is always FREE! **Sign up today**!

Bob Martino

(954) 603-7833

Scripophily (0)(2)

Stamps (2)(11)

Stamps Wanted Classifieds (1)(0)

Info@coinBay.biz

**Your Banner Ad Could Be *HERE* Just $2.95 A Day! Email Bob.**

**Info@CoinBay.biz**

**JOIN LIVE COIN CHAT**

Userplane Webchat

☐ Use My Userplane ID        Sign Up!

[Screen Name]    Login

Logging in agrees to these Terms…



**US Spot Prices**



Home | FREE Registration NO Fees | About us | Terms & Conditions | Help

**Sign up for
our CoinBay
Newsletter**







Copyright 2006 www.Coinbay.biz All Rights Reserved.  (954) 603-7833

