```
COOLEY GODWARD KRONISH LLP
JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
FRANK B. GOLDBERG (222263) (fgoldberg@cooley.com)
KATHLEEN E. TREIBER (232353) (ktreiber@cooley.com)
101 California Street
5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff
EBAY INC., a Delaware Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EBAY INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BOB MARTINO, an individual, d/b/a COINBAY.BIZ,<br><br>Defendant. | Case No.  CV 07-6172 CRB<br><br>**PLAINTIFF EBAY INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties to this action, there is no such interest to report.

Dated: December __7__, 2007

```
                              COOLEY GODWARD KRONISH LLP
                              JOHN W. CRITTENDEN (101634)
                              FRANK B. GOLDBERG (222263)
                              KATHLEEN E. TREIBER (232353)


                              _____
                              Kathleen E. Treiber (232353)
                              Attorneys for Plaintiff
                              EBAY INC., a Delaware Corporation
```

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1066712 v1/SF                1.                PLAINTIFF EBAY INC.'S CERTIFICATION OF
                                               INTERESTED ENTITIES OR PERSONS
                                               CV 07-6172 CRB